Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Ribhi Fadel Abdel Fattah,

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RIBHI FADEL ABDEL FATTAH,<br><br>　　　　Defendant | Case No.: 1:10-cr-00173 AWI<br><br>**STIPULATION REGARDING STATUS CONFERENCE DATE** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant RIBHI FADEL ABDEL FATTAH, and Karen Escobar, Assistant United States Attorney, that the status conference be advanced from January 24, 2011, at 9:00 a.m., to January 3, 2011, at 9:00 a.m.

　.

Dated:  December 29, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Ribhi Fadel Abdel Fattah


Dated:  December 29, 2010　　　　　　　　　　/s/ Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

    IT IS ORDERED that the January 24, 2011 Status conference date be vacated.

    IT IS ORDERED that the status conference will now occur on January 3, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 31, 2010                    _____
                                       CHIEF UNITED STATES DISTRICT JUDGE