**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Docket No.:  0972 1:10CR00173-004** |
| **Ribhi Fadel Abdel Fattah** ) | |
| ) | |
| ) | |

On March 21, 2011, the above-named was sentenced to Supervised Release for a period of 4 years.  Supervision commenced on May 30, 2014.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:    August 12, 2016
          Fresno, California
          TDM/rmv

              /s/ Brian J. Bedrosian
**REVIEWED BY:    BRIAN J. BEDROSIAN**
                 **Supervising United States Probation Officer**

1

**Re:  Ribhi Fadel Abdel Fattah**
   **Docket No:   0972 1:10CR00173-004**
   **Report and Order Terminating**
   <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Ribhi Fadel Abdel Fattah be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   August 16, 2016                                   _____
                                                                            SENIOR  DISTRICT  JUDGE